No. 55. UNITED STATES *v*. E. I. DU PONT DE NEMOURS & Co. ET AL., *ante,* p. 316. The motion of E. I. du Pont de Nemours and Company to modify the opinion is denied. MR. JUSTICE FRANKFURTER, MR. JUSTICE WHITTAKER, and MR. JUSTICE STEWART are of the opinion that the motion should be granted. MR. JUSTICE CLARK and MR. JUSTICE HARLAN took no part in the consideration or decision of this motion. *John Lord O'Brian, Hugh B. Cox, Charles A. Horsky* and *Daniel M. Gribbon* on the motion. *Solicitor General Cox, Assistant Attorney General Loevinger, John F. Davis, Richard A. Solomon* and *Bill G. Andrews* in opposition.

No. 97. CAFETERIA & RESTAURANT WORKERS UNION, LOCAL 473, AFL–CIO, ET AL. *v*. McELROY ET AL. Certiorari, 364 U. S. 813, to the United States Court of Appeals for the District of Columbia Circuit. The motion of petitioners to substitute Robert S. McNamara in the place of Thomas S. Gates as a party respondent is denied. The motion of respondent to dismiss as to the respondent, Thomas S. Gates, individually and as Secretary of Defense, is denied. *Bernard Dunau* for petitioners. *Solicitor General Cox* for respondents.

No. 689. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE *v*. HARRISON, ATTORNEY GENERAL OF VIRGINIA, ET AL. Certiorari, 365 U. S. 842, to the Supreme Court of Appeals of Virginia. The motion to substitute Frederick T. Gray in the place of Albertis S. Harrison, Jr., Henry D. Garnett in the place of William J. Carlton, and Alfred W. Whitehurst in the place of Linwood B. Tabb, Jr., as the parties respondent is granted. *Robert L. Carter* on the motion.

No. 713. STILL *v*. NORFOLK & WESTERN RAILWAY Co. Certiorari, 365 U. S. 877, to the Supreme Court of Appeals of West Virginia. The motion of petitioner for leave to proceed further herein *in forma pauperis* is granted. *Sidney S. Sachs* and *Lewis Jacobs* on the motion.